# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHOEMONEY MEDIA GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEYEN FARRELL and ) <br> JOHN J. FARRELL, ) <br> ) <br> Defendants. ) <br> ) | 8:09CV131 <br><br> BRIEFING SCHEDULE |

This matter is before the court on plaintiff's combined Motion to Extend Deadline for Responding to Defendants' Motion to Dismiss, and Motion for Leave to Conduct Jurisdictional Discovery (Doc. 12). Plaintiff requests expedited consideration due to the current briefing schedule on defendants' pending Motion to Dismiss for lack of personal jurisdiction (Doc. 9).

The court finds that an expedited briefing schedule on plaintiff's motion will be necessary.

**IT IS ORDERED** that plaintiff's request for expedited consideration is granted, and defendants shall respond to plaintiff's Motion to Extend Deadline for Responding to Defendants' Motion to Dismiss, and Motion for Leave to Conduct Jurisdictional Discovery (Doc. 12) no later than Friday, May 8, 2009. Plaintiff may file a reply brief no later than Monday, May 11, 2009. Plaintiff's Motion (Doc. 12) will be deemed submitted for decision on May 12, 2009.

**DATED May 4, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**