IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHOEMONEY MEDIA GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEYEN FARRELL and ) <br> JOHN J. FARRELL, ) <br> ) <br> Defendants. ) <br> ) | 8:09CV131 <br><br> SCHEDULING ORDER |

Upon review of the file,

IT IS ORDERED that counsel shall confer pursuant to Fed. R. Civ. P. 26(f) and file their planning conference report on or before June 15, 2009. The report should be in the form provided on the court's web site, http://www.ned.uscourts.gov/forms/.

DATED June 2, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge