IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHOEMONEY MEDIA GROUP, INC., ) | Case No. 8:09cv131 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| KEYEN FARRELL, et al., ) | |
| ) | |
| Defendant. ) | |

Upon notice of settlement given to the district judge by Patrick Cooper, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **August 28, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for September 17, 2009, is cancelled upon the representation that this case is settled.

Dated this 28th day of July 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge