IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHOEMONEY MEDIA GROUP, INC., ) | CASE NO. 8:09-cv-00131 |
| ) | JFB-FG3 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | WITH PREJUDICE |
| KEYEN FARRELL and JOHN J. FARRELL, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the Plaintiff's Motion to Dismiss with Prejudice and the Stipulation of the parties for dismissal with prejudice. The Court finds that the Motion should be and hereby is granted, each party to pay their own costs.

IT IS SO ORDERED.

DATED this 5th day of August, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Court Judge